**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAURAV TRIPATHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and MANDY YANG,<br><br>Defendants. | Case No. 4:26-cv-01380-JST<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT HEATHER STITH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Jon S. Tigar<br>Hearing: June 4, 2026<br>Time: 02:00 PM<br>Ctrm: 6 – 2nd Floor |

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for Movant Heather Stith ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT HEATHER STITH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 4:26-cv-01380-JST

Exhibit 2:     Movant's PSLRA certification;

Exhibit 3:     Movant's loss chart;

Exhibit 4:     The firm resume of The Rosen Law Firm, P.A.;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of April, 2026.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT HEATHER STITH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 4:26-cv-01380-JST

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On April 20, 2026, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT HEATHER STITH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 20, 2026.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT HEATHER STITH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 4:26-cv-01380-JST