UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAURAV TRIPATHI, et al.,

          Plaintiffs,

      v.

ENPHASE ENERGY, INC., et al.,

          Defendants.

Case No. 26-cv-01380-JST

**ORDER SETTING DEADLINES FOR AMENDED COMPLAINT AND MOTION TO DISMISS**

Re: ECF No. 30

Before the Court are the parties' competing proposals regarding deadlines for filing the amended complaint and briefing the anticipated motion to dismiss. ECF No. 30. Having considered the positions of both parties, the Court orders as follows:

1. Lead Plaintiff shall file the amended consolidated complaint (the "Amended Complaint") on or before September 8, 2026.

2. Defendants shall move to dismiss or file their answer to the Amended Complaint on or before November 9, 2026.

3. Lead Plaintiff shall file an opposition to Defendants' motion to dismiss the Amended Complaint, if any, on or before December 22, 2026.

4. Defendants shall file a reply in support of their motion to dismiss, if any, on or before January 26, 2027.

    **IT IS SO ORDERED.**

Dated: July 22, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California