LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
    *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
    *daniel.gherardi@lw.com*
801 Jefferson Avenue, Suite 300
Redwood City, CA 94063
Telephone: +1.650.328.4600

*Attorneys for Defendants Enphase Energy, Inc.,
Badrinarayanan Kothandaraman, and Mandy Yang*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GAURAV TRIPATHI, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:26-cv-01380-JST |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE DEADLINES** |
| v. | |
| ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN, and MANDY YANG, | (Civil L.R. 6-1, 6-2, 7-12) |
| Defendants. | |

Lead Plaintiff Heather Stith ("Lead Plaintiff") and Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and Mandy Yang ("Defendants") (Lead Plaintiff and Defendants together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on February 17, 2026, Gaurav Tripathi filed the complaint in the above-captioned action (the "Complaint"), a putative class action arising under the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, and subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*;

WHEREAS, on July 7, 2026, Heather Stith was appointed Lead Plaintiff (Dkt. No. 29);

WHEREAS, the Initial Case Management Conference is set for August 18, 2026 (Dkt. No. 12);

WHEREAS, the Court entered an Order Setting Deadlines for Amended Complaint and Motion to Dismiss on July 22, 2026 (Dkt. No. 31) (the "Court's Order");

WHEREAS, the Court's Order set September 8, 2026, for the filing of the amended complaint, if any, and the following briefing schedule for any motion to dismiss: November 9, 2026 for filing the motion, December 22, 2026 for filing any opposition, and January 26, 2027 for filing any reply;

WHEREAS, the PSLRA requires an automatic stay of discovery during the pendency of any motion to dismiss;

WHEREAS, counsel for the Parties respectfully submit that good cause exists to continue the existing August 18, 2026 Initial Case Management Conference and all related deadlines until a time convenient for the Court following the Court's ruling on Defendants' anticipated motion to dismiss.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

The Initial Case Management Conference scheduled for August 18, 2026, shall be continued, along with all deadlines triggered by the Initial Case Management Conference pursuant

to the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California, until a date that is convenient for the Court following the Court's ruling on Defendants' anticipated motion to dismiss.

Dated:  July 31, 2026                    LATHAM & WATKINS LLP

/s/ *Daniel R. Gherardi*
Daniel R. Gherardi (Bar No. 317771)
    *daniel.gherardi@lw.com*
801 Jefferson Avenue, Suite 300
Redwood City, CA 94063
Telephone: (650) 328-4600

Colleen C. Smith (Bar No. 231216)
    *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  (858) 523-5400

*Attorneys for Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and Mandy Yang*

Dated:  July 31, 2026                    THE ROSEN LAW FIRM, P.A.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg (pro hac vice)
    *jgoldberg@rosenlegal.com*
101 Greenwood Avenue, Suite 520
Jenkintown, PA 19046
Telephone: (215) 600-2817

Laurence M. Rosen, Esq. (SBN 219683)
    *lrosen@rosenlegal.com*
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

*Attorneys for Lead Plaintiff Heather Stith*

**SIGNATURE ATTESTATION**

I, Daniel R. Gherardi, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference Deadlines. In accordance with Civil L.R. 5-1(i)(3), I hereby attest that the above-signed counsel have concurred in this filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of July, 2026 at Redwood City, California.

<u>/s/ Daniel R. Gherardi</u>

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____        _____
Date                                              Hon. Jon S. Tigar
                                                      United States District Judge