United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAURAV TRIPATHI, et al.,

        Plaintiffs,

    v.

ENPHASE ENERGY, INC., et al.,

        Defendants.

Case No. 26-cv-01380-JST

**ORDER CONTINUING CMC**

Re: ECF No. 32

Pursuant to the parties' stipulation, ECF No. 32, the case management conference currently set for August 18, 2026 is continued until March 30, 2027, at 2:00 p.m. via Zoom videoconference. All corresponding deadlines are hereby reset accordingly.

**IT IS SO ORDERED.**

Dated: August 3, 2026



JON S. TIGAR
United States District Judge